IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:07CR3117-2 |
| | ) | |
| v. | ) | |
| | ) | |
| SANTIAGO ALMAZAN RIOS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Pending before me is the report and recommendation of the magistrate judge recommending that I deny the motion to suppress. There is no objection.

After de novo review, I conclude that the report and recommendation should be adopted for the reasons stated by the magistrate judge in his thoughtful opinion. Therefore,

IT IS ORDERED that the report and recommendation (filing 48) is adopted and the motion to suppress (filing 26) is denied.

December 5, 2007.                BY THE COURT:

                                 *s/Richard G. Kopf*
                                 United States District Judge