IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3117 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SANTIAGO ALMAZAN-RIOS, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion to reconsider (filing 54) is granted. The defendant shall have until December 17, 2007, to file an objection and supporting brief to the undersigned's December 5 order (filing 53).

   December 10, 2007.          BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge